# EXHIBIT A

Proof of Service on Defendant American Express National Bank

(Served June 15, 2026)

*Foster v. Vance and Huffman, LLC, et al.*, Case No. 1:26-cv-06054 (S.D.N.Y.)

# AFFIDAVIT OF SERVICE

Attorney: **Elo Law Firm, 42 W 48th St FL 2, New York, NY, 10036-1701, 2123021257**

Index No: **157274/2026**

Court: **Supreme Court, COUNTY OF NEW YORK**

Date Filed:

| | |
|---|---|
| Plaintiff/Petitioner: | **KAREN GEORGINA FOSTER, a/k/a KAREN MARTINEZ** |
| vs. | |
| Defendant/Respondent: | **VANCE & HUFFMAN, LLC, ACCELERATED PORTFOLIO, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICAN EXPRESS NATIONAL BANK** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**Jordan Jacobson**, being duly sworn deposes and says:

I am not a party to this action, I am over (18) eighteen years of age.

On **15th June, 2026 at 12:00 PM**, I Served the within SUMMONS, VERIFIED COMPLAINT, CONSENT TO EFILING upon which the Index No. and the date of filing were clearly visible, on **American Express National Bank c/o CT Corporation System** at **1108 East South Union Ave., Midvale, UT, 84047**, in the manner indicated below:

**CORPORATE:** By delivering a true copy of each to **Dani Snow, AUTHORIZED PERSON,** a person of suitable age and discretion and stated (s)he was authorized to accept legal papers for the corporation. Said premises is actual place of business of the corporation within the state.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Gender | Race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Red | 36 | 5'5" | 135 |

Attempts and Service Comments:

- 1108 East South Union Ave. , Midvale, UT 84047:

X [signature]
Jordan Jacobson
**License No: A132361**
**Statewide Constables and Process Servers**
**PO Box 845**
**West Jordan, UT 84084**
**801-809-4133**

**Atty File#: 157274/2026**

Subscribed and sworn to me on the 22 day of June, 2026 by the affiant who is personally known to me or produced identification.

X [signature]
NOTARY PUBLIC

JASON JACOBSON
Notary Public
State of Utah
My Commission Expires April 4, 2029
COMMISSION NO. #742438

311588 311588 311588 311588 311588 311588